IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01529-RPM

MARY HUTCHINSON,
LINDA KOENIG, and
SUE PATTERSON,

           Plaintiffs,

v.

SUNRISE SENIOR LIVING, INC.,
a Virginia Corporation;
SUNRISE SENIOR LIVING INVESTMENTS,
a Virginia Corporation;
SUNRISE SENIOR LIVING MANAGEMENT, INC.,
a Virginia Corporation; and
SUNRISE THIRD CHERRY CREEK SL, LLC,
a Colorado Limited Liability Company,

           Defendants.

_____

ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS
_____

On consideration of the defendants' partial motion to dismiss, filed August 17, 2005, and the papers supporting and opposing the motion and upon the conclusion that the plaintiffs have alleged sufficient facts to support a violation of the Colorado Consumer Protection Act it is

ORDERED that the partial motion to dismiss is denied.

DATED: September 28, 2005

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge