IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01529-RPM

MARY HUTCHINSON,
LINDA KOENIG, and
SUE PATTERSON,

        Plaintiffs,

v.

SUNRISE SENIOR LIVING, INC.,
a Virginia Corporation;
SUNRISE SENIOR LIVING INVESTMENTS,
a Virginia Corporation;
SUNRISE SENIOR LIVING MANAGEMENT, INC.,
a Virginia Corporation; and
SUNRISE THIRD CHERRY CREEK SL, LLC,
a Colorado Limited Liability Company,

        Defendants.

_____

ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL AS TO DEFENDANT
SUNRISE THIRD CHERRY CREEK SL, LLC
_____

On August 17, 2005, the defendant Sunrise Third Cherry Creek SL, LLC, filed a motion for summary judgment with an affidavit of Susan L. Timoner attached. The plaintiffs have not responded to that motion. Upon examination of the complaint and considering the affidavit of Ms. Timoner, the Court finds that it is undisputed that the moving defendant was organized for a limited purpose unrelated to the conduct alleged in the complaint as forming a basis for liability; that it is a separate entity from the other defendants and that there is no basis for including it in this lawsuit. It is

therefore

ORDERED that the motion is granted and the clerk will enter judgment dismissing this civil action as to the defendant Sunrise Third Cherry Creek SL, LLC, a Colorado Limited Liability Company.

DATED: September 29, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge