IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01529-RPM-CBS

MARY HUTCHINSON;
LINDA KOENIG,
SUE PATTERSON,

      Plaintiffs,

v.

SUNRISE SENIOR LIVING, INC., a Virginia Corporation;
SUNRISE SENIOR LIVING INVESTMENTS, a Virginia Corporation; and
SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion for Entry of Protective Order (filed April 14, 2006; *doc. no. 38*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**      April 17, 2006