IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01529-RPM

MARY HUTCHINSON,
LINDA KOENIG, and
SUE PATTERSON,

        Plaintiffs,

v.

SUNRISE SENIOR LIVING, INC.,
a Virginia Corporation;
SUNRISE SENIOR LIVING INVESTMENTS,
a Virginia Corporation;
SUNRISE SENIOR LIVING MANAGEMENT, INC.,
a Virginia Corporation,

        Defendants.

_____

## ORDER OF DISMISSAL
_____

        Pursuant to the Stipulated Motion for Dismissal with Prejudice (Doc. #46), filed on May 3, 2006, it is

        ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney fees.

        DATED:  May 4, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge